```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 02805
   LEO PHILLIPS
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-4707

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/26/2004 and was confirmed 03/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  49.37%.

     The case was dismissed after confirmation 09/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
FIRST CONSUMER ACCTS REC  UNSECURED          2954.84            .00            864.61
VILLAGE OF SUMMIT         UNSECURED          2125.00            .00            603.44
RESURGENT CAPITAL SERVIC  UNSECURED          1680.99            .00            477.32
TIMOTHY K LIOU            DEBTOR ATTY       2,700.00                         2,203.50
TOM VAUGHN                TRUSTEE                                               231.73
DEBTOR REFUND             REFUND                                                   .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                4,380.60

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         1,945.37
ADMINISTRATIVE                                    2,203.50
TRUSTEE COMPENSATION                                231.73
DEBTOR REFUND                                          .00
                       ---------------        ---------------
TOTALS                 4,380.60                   4,380.60

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```